**BIS**

**BARNES IACCARINO & SHEPHERD LLP**

ATTORNEYS AT LAW

258 Saw Mill River Road, Elmsford, NY 10523
Tel: 914.592.1515 | Fax: 914.592.3213

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/28/2022_

Julie Pearlman Schatz*     * Also Admitted in NJ

Roy Barnes, Retired        www.bislawfirm.com

November 22, 2022

VIA ECF
Honorable Analisa Torres, U.S.D.J.
United States Courthouse, S.D.N.Y.
500 Pearl Street
New York, New York 10007

   Trustees of the Drywall Tapers and Pointers Local Union No. 1974 Benefit Funds, et al. v. Robert S. Interiors Inc.

Case No.: 22-cv-08131(AT)

Dear Judge Torres,

  This firm represents Plaintiffs Trustees of the Drywall Tapers and Pointers Local Union No. 1974 Benefit Funds in the above referenced matter. On September 29, 2022, the Court entered an Order, directing counsel for the parties to submit a joint letter and a jointly proposed Case Management Plan and Scheduling Order by November 22, 2022 [ECF No. 7]. On November 9, 2022, the Court entered a Clerk's Certificate of Default [ECF No. 13]. In light of the aforementioned circumstances, Plaintiffs respectfully request that the November 22nd deadline to submit a joint letter and a jointly proposed Case Management Plan and Scheduling Order be adjourned *sine die*.

  I appreciate your time and attention to this matter.

                Respectfully submitted,

                */s/ Lauren M. Kugielska*
                Lauren M. Kugielska

GRANTED. The deadline to submit a joint letter and proposed case management plan is ADJOURNED *sine die*. The Clerk of Court is directed to terminate the motions at ECF Nos. 14 and 15.

SO ORDERED.

Dated: November 28, 2022
   New York, New York

                _____
                ANALISA TORRES
                United States District Judge