UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE DRYWALL TAPERS AND POINTERS LOCAL UNION NO. 1974 BENEFIT FUNDS and THE DISTRICT COUNCIL NO. 9, DRYWALL TAPERS AND POINTERS OF GREATER NEW YORK LOCAL UNION 1974, AFFILIATED WITH INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES, AFL-CIO,

                Plaintiffs,

-against-

ROBERT S. INTERIORS INC. a/k/a ROBERT S INTERIORS,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/14/2023_

22 Civ. 8131 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On June 20, 2023, the Court held a telephonic conference for Defendant to show cause why the Court should not enter a default judgment against it pursuant to Federal Rule of Civil Procedure 55(b). ECF No. 23; *see* ECF No. 21. At the hearing, the Court granted in part and denied in part Plaintiffs' motion for entry of a default judgment. The Court directed Plaintiffs to file a revised injunctive order by July 11, 2023. ECF No. 23. On August 1, 2023, the Court again directed Plaintiffs to file a revised injunctive order by August 8, 2023. ECF No. 24. To date, Plaintiffs have not filed a proper injunctive order on the docket. *Cf.* ECF No. 25.

    Accordingly, by **August 21, 2023**, Plaintiffs shall file a revised injunctive order, or shall advise the Court of their intentions with respect to the continuation of this action.

    SO ORDERED.

Dated: August 14, 2023
       New York, New York

ANALISA TORRES
United States District Judge