USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/17/2023__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------

TRUSTEES OF THE DRYWALL TAPERS AND POINTERS
LOCAL UNION NO. 1974 BENEFIT FUNDS and THE
DISTRICT COUNCIL NO. 9, DRYWALL TAPERS AND
POINTERS OF GREATER NEW YORK LOCAL UNION
1974, AFFILIATED WITH INTERNATIONAL UNION OF
PAINTERS AND ALLIED TRADES, AFL-CIO,

        Plaintiffs,

Index No.: 22-CIV-08131(AT)

**DEFAULT JUDGMENT**

        -against-

ROBERT S. INTERIORS INC.,

        Defendant.

-----------------------------------------------------------------------

      This action having been commenced on September 23, 2022 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the Defendant, Robert S. Interiors Inc., on September 27, 2022 via New York's Secretary of State and said Proof of Service having been filed with the Clerk of the Court on October 3, 2022 and the Defendant not having appeared, answered or otherwise moved with respect to the Complaint within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is,

      ORDERED, ADJUDGED AND DECREED: that the Plaintiffs have judgment against Defendant in the liquidated amount of $2,977.00, which includes the following: attorneys' fees in the sum of $2,500.00, court costs and disbursements of this action in the sum of $477.00.

      ORDERED, that the Defendant permit and cooperate in the conduct of an audit of all of its books and records including, but not limited to, all payroll journals, business income tax returns, general ledger and journal, books of original entry, subsidiary ledgers, payroll records, bank statements, and cancelled

checks, W-2 and W-3 forms, 940, 941, WT4-A and WT4-B forms, 1099 forms, New York State employment report, insurance reports, disability insurance reports, Workers Compensation report forms and remittance reports for the period of January 1, 2017 through December 30, 2019 and directing, that judgment be entered thereon for the amount stated in the audit report including interest, liquidated damages, and auditors' fees.

ORDERED, that the Judgment rendered by the court on this day in favor of the Plaintiffs be entered as a final judgment against Defendant and the Clerk of the Court is directed to enter such judgment forthwith.

Dated:  New York, New York
      August 17, 2023

So Ordered:

_____
Honorable Analisa Torres, U.S.D.J.

.